UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BASSAM and ZENAIDA MAHMOUD, Individually
and as Co-Personal Representatives of the Estates of
SAM MICHAEL MAHMOUD, Deceased, and
ADEL BASSAM MAHMOUD, Deceased                    PLAINTIFFS

V.                    NO. 4:08-CV-03582WRW

FORD MOTOR COMPANY, TRW AUTOMOTIVE,
TRW INC., TRW VEHICLE SAFETY SYSTEMS, INC.,
and TRW AUTOMOTIVE SAFETY SYSTEMS
ARKANSAS INC.                                    DEFENDANTS

## MOTION OF COUNSEL TO APPEAR PRO HAC VICE

Comes now defendant, TRW Automotive Safety Systems Arkansas Inc. ("TRW ARK"), by its attorneys, BARBER, McCASKILL, JONES & HALE, P.A., members in good standing of the Arkansas Bar and the bar of this court, and move this court for an Order of Admission, on a pro hac vice basis, of out-of-state counsel, David Weinstein and Deborah A. Clinebell.

1. G. Spence Fricke of BARBER, McCASKILL, JONES & HALE, P.A., appears before this court as attorney-of-record for the defendant, TRW ARK.

2. David Weinstein is a citizen and resident of the state of Texas and is a member in good standing of the bar of the Supreme Court of Texas. Mr. Weinstein's Texas State Bar Number is 21096400.

3.     Deborah A. Clinebell is a citizen and resident of the state of Texas and is a member in good standing of the bar of the Supreme Court of Texas. Ms. Clinebell's Texas State Bar Number is 02542790.

4.     Mr. Weinstein and Ms. Clinebell are members of the firm of Weinstein, Tippetts & Little, L.L.P., located at 7660 Woodway, Suite 500, Houston, Texas 77063; telephone number 713-244-0800.

5.     Texas is a state that consistently accords similar comity and courtesy to Arkansas lawyers desiring to appear and conduct cases in the courts of the State of Texas.

WHEREFORE, BARBER, McCASKILL, JONES & HALE, P.A., moves this court for an Order allowing out-of-state counsel, David Weinstein and Deborah A. Clinebell of the law firm of Weinstein, Tippetts & Little, L.L.P. to appear before this court on a pro hac vice basis.

Respectfully submitted,

/s/ G. Spence Fricke
AR Bar Number 79068
BARBER, MCCASKILL, JONES & HALE, P.A.
Attorneys for TRW Vehicle Safety Systems Inc.
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3414
Telephone: (501) 372-6175 / Fax: (501) 375-2802
E-mail: gsfricke@barberlawfirm.com

APPROVED AND AGREED TO:

/s/ David Weinstein
David Weinstein    TX BIN 21096400
Weinstein, Tippetts & Little, L.L.P.
7660 Woodway, Suite 500
Houston, Texas 77063
Ph: 713-244-0800
david.weinstein@wtllaw.com

/s/ Deborah A. Clinebell
Deborah A. Clinebell  TX BIN 02542790
Weinstein, Tippetts & Little, L.L.P.
7660 Woodway, Suite 500
Houston, Texas 77063
Ph: 713-244-0800
Debie.Clinebell@wtllaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. C. Tab Turner
Turner & Associates, P.A.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
tab@tturner.com

Mr. Edwin L. Lowther, Jr.
Wright, Lindsey & Jennings
200 West Capitol Avenue Suite 2300
Little Rock, AR 72201-3699
elowther@wlj.com

/s/ G. Spence Fricke
AR Bar Number 79068
Attorneys for TRW Vehicle Safety Systems Inc.
Barber, McCaskill, Jones & Hale, P.A.
2700 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3414
Telephone: (501) 372-6175 / Fax: (501) 375-2802
E-mail: gsfricke@barberlawfirm.com