UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 1, 2010**

Mr. Clyde Tab Turner
Turner & Associates, P.A. - North Little Rock
4705 Somers Avenue
Suite 100
North Little Rock, AR 72116

    Re:    *Mahmoud v. TRW Vehicle Safety Systems Inc.*, 4:08-CV-03582-WRW

Dear Mr. Turner:

In connection with your Motion to Compel, please forthwith send me a copy of the transcript of the deposition, with explanations (line and page) of the witness's deficiencies.

I realize that some of these alleged deficiencies have been referred to in the papers you and opposing counsel have filed, but I want to review <u>each</u> alleged deficiency.

Please also designate (line and page) your objections or protestations in this transcript.

Please send the above material to me no later than 4 p.m., next Monday, April 5, 2010.

I want to get this disputation resolved here and now.

                                Cordially,

                                /s/ Wm. R. Wilson, Jr.

P.S. I am copying Judge Young with this letter because I may refer the dispute to him for an in-court hearing.

Original to the Clerk of the Court
cc:    Other counsel of record.
        The Honorable H. David Young