UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**April 8, 2010**

Mr. Clyde Tab Turner
Turner & Associates, P.A. - North Little Rock
4705 Somers Avenue
Suite 100
North Little Rock, AR 72116

David Tippetts
Weinstein, Tippetts & Little, L.L.P.
7660 Woodway
Suite 500
Houston, TX 77063

      Re:    *Mahmoud v. TRW Vehicle Safety Systems Inc.*, 4:08-CV-03582-WRW

Dear Counsel:

Having received Plaintiffs' supplemental information, I would like to give Defendants a chance to reply. Defendants' counsel should file a reply no later than 4 p.m., next Tuesday, April 13, 2010.

                            Cordially,

                            /s/ Wm. R. Wilson, Jr.

P.S.  I am again copying Judge Young with this letter because I may refer the dispute to him for an in-court hearing.

Original to the Clerk of the Court
cc:    Other counsel of record.
        The Honorable H. David Young