**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MAHMOUD, et al**                                                                                    **PLAINTIFFS**

**v.**                                        **4:08CV03582-WRW**

**FORD MOTOR COMPANY, et al**                                                      **DEFENDANTS**

## ORDER

Pending is Plaintiffs' Motion to Compel (Doc. No. 31), which is GRANTED.

It appears to me that the witness produced by Defendant was a tad shy of the type of personal knowledge required of a Fed. R. Civ. P. 30(b)(6) representative as to all the topics contained within the Plaintiffs' notice of deposition. Accordingly, I direct Defendant to require this same individual to do a crash-course on the disputed subject matter, or produce a new witness -- and this witness should be considerably more knowledgeable than Mr. Miller was at the last deposition.

The deposition should be conducted in Pulaski County, Arkansas, or Defendant is required to pay for Plaintiffs' counsel's airfare to and from the deposition -- coach seating, for the lowest airline ticket which is reasonably available.

I am not awarding attorney fees or costs.

IT IS SO ORDERED this 21st day of April, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE