**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BASSAM MAHMOUD, et al**                                                              **PLAINTIFFS**

**v.**                              **4:08CV03582-WRW**

**FORD MOTOR COMPANY et al**                                                   **DEFENDANT**

## ORDER

In my last Order (Doc. No. 38), I compelled a new deposition, and said that "[t]he deposition should be conducted in Pulaski County, Arkansas, or Defendant is required to pay for Plaintiffs' counsel's airfare to and from the deposition -- coach seating, for the lowest airline ticked which is reasonably available." The parties now dispute where the deposition should take place. This narrow issue is referred to Magistrate Judge H. David Young.

IT IS SO ORDERED this 6th of May, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE