IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BASSAM and ZENAIDA MAHMOUD,
Individually and as co-personal
representatives of the Estates of Sam
Michael Mahmoud, deceased, and Adel
Bassam Mahmoud, deceased                                    PLAINTIFFS

v.                    Case No. 4:08-cv-3582-DPM

TRW AUTOMOTIVE; TRW INC.;
TRW VEHICLE SAFETY SYSTEMS INC.;
and TRW AUTOMOTIVE SAFETY
SYSTEMS ARKANSAS INC.                                       DEFENDANTS

## JUDGMENT

Plaintiffs' complaint is dismissed without prejudice as to all defendants.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 August 2011